IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
Karen Cuddeback, as Anticipated Personal Representative of the Estate of Suzanne Super

Civil Case # 1:17-cv-1480

# SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Suzanne Super

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   Not Applicable

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   Karen Cuddeback; Personal Representative

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Nevada

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Washington

6. Plaintiff's/Deceased Party's current state of residence:

   Not Applicable

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court for the Western District of Washington

8. Defendants (Check Defendants against whom Complaint is made):

   ☒ Cook Incorporated

   ☒ Cook Medical LLC

   ☒ William Cook Europe ApS

9. Basis of Jurisdiction:

   ☒ Diversity of Citizenship

   ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:
   
   Paragraphs 23 through 28.

   b. Other allegations of jurisdiction and venue:
   
   Not Applicable

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

- ☐ Günther Tulip® Vena Cava Filter
- ☐ Cook Celect® Vena Cava Filter
- ☒ Gunther Tulip Mreye
- ☐ Cook Celect Platinum
- ☐ Other: _____

11. Date of Implantation as to each product:

    In or about approximately the year 2000

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Sunrise Hospital; Las Vegas, Nevada

13. Implanting Physician(s):

    Unknown

14. Counts in the Master Complaint brought by Plaintiff(s):

- ☒ Count I: Strict Products Liability – Failure to Warn
- ☒ Count II: Strict Products Liability – Design Defect
- ☒ Count III: Negligence
- ☒ Count IV: Negligence Per Se

- ☒ Count V: Breach of Express Warranty
- ☒ Count VI: Breach of Implied Warranty
- ☒ Count VII: Violations of Applicable __Washington__ (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices
- ☐ Count VIII: Loss of Consortium
- ☐ Count IX: Wrongful Death
- ☐ Count X: Survival
- ☒ Count XI: Punitive Damages
- ☐ Other: __Not Applicable__ (please state the facts supporting this Count in the space, immediately below)
- ☐ Other: __Not Applicable__ (please state the facts supporting this Count in the space, immediately below)

_____

_____

_____

_____

15. Attorney for Plaintiff(s):
    Asim M. Badaruzzaman; Christopher A. Seeger; Jeffrey S. Grand

16. Address and bar information for Attorney for Plaintiff(s):

Asim M. Badaruzzaman (SBN: 040462009), Seeger Weiss LLP, 550 Broad Street, Suite 920, Newark, NJ 07102

Christopher A. Seeger (SBN: 042631990), Seeger Weiss LLP, 550 Broad Street, Suite 920, Newark, NJ 07102

Jeffrey S. Grand (SBN: 4125803), Seeger Weiss LLP, 77 Water Street, 26th Floor, New York, NY 10005

## JURY DEMAND

Plaintiffs hereby demand a trial by jury as to all issues so triable.

Respectfully submitted,

**SEEGER WEISS LLP**

By: /s Asim M. Badaruzzaman
   Asim M. Badaruzzaman
   Christopher A. Seeger
   Jeffrey S. Grand
   550 Broad Street, Suite 920
   Newark, NJ 07102
   Telephone: (973) 639-9100
   Fax: (973) 639-9393
   abadaruzzaman@seegerweiss.com
   cseeger@seegerweiss.com
   jgrand@seegerweiss.com

Dated: May 6, 2017