AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | |
|---|---|
| KAREN CUDDEBACK, as ANTICIPATED PERSONAL REPRESENTATIVE of the ESTATE OF SUZANNE SUPER<br>*Plaintiff*<br>v.<br>COOK INCORPORATED, COOK MEDICAL LLC, et als.<br>*Defendant* | )<br>)<br>)<br>) Case No. 1:17-cv-1480<br>)<br>) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Karen Cuddeback, as Anticipated Personal Representative of the Estate of Suzanne Super   .

Date:   5/6/2017

/s Jeffrey S. Grand
*Attorney's signature*

Jeffrey S. Grand SBN# 4125803
*Printed name and bar number*

SEEGER WEISS LLP
550 Broad Street, Suite 920
Newark, NJ 07102

*Address*

jgrand@seegerweiss.com
*E-mail address*

(973) 639-9100
*Telephone number*

(973) 639-9393
*FAX number*